**FILED**
Case 1:08-cr-00519 Document 2-2 Filed 06/30/2008 Page 1 of 1
**JUNE 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 30 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **08 CR 519   JUDGE KOCORAS**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE VALDEZ**

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   **YES X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............. (II) | ☐ Income Tax Fraud ........... (II) | ☐ DAPCA Controlled Substances ... (III) |
   | ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
   | ☐ Bank robbery ........... (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws ............ (IV) |
   | ☐ Post Office Robbery ..... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............ (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............ (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act .......... (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............ (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........... (III) | **X** Other Federal Statutes ........... (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18 U.S.C., Section 201(c)(1)(B) -- Accepting Illegal Gratuities
    Title 18 U.S.C., Section 371 -- Conspiracy to Commit An Offense Against the United States

_signature_ 6/30/08
United States Trial Attorney, Antitrust Division

(Revised 12/99)