## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 519 | **DATE** | July 24, 2008 |
| **CASE TITLE** | US -v- Joel M. Gostomelsky | | |

**DOCKET ENTRY TEXT:**

Arraignment held on 7/24/2008. Defendant files a waiver of indictment. Defendant enters a plea of guilty to Counts 1 and 2. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. The preparation of a presentence report, and sentencing are stayed pending further order. Status hearing set for 10/21/2008 at 9:30 a.m.

Docketing to mail notices.

1:20

| | Courtroom Deputy Initials: | SCT |
|---|---|---|