UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of            Case

USA v Gostomelsky      08 CR 519

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOEL GOSTOMELSKY

| | |
|---|---|
| SIGNATURE | [signature] |
| FIRM | Spector & Associates |
| STREET ADDRESS | 1603 Orrington #800 |
| CITY/STATE/ZIP | Evanston IL 60201 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2684306 | TELEPHONE NUMBER 847-328-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐ | |

FILED
JUL 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT