

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**FILED**
JUL 24 2008
Judge Charles P. Kocoras
United States District Court

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JOEL M. GOSTOMELSKY

**WAIVER OF INDICTMENT**

CASE NUMBER:  08 CR 519

08 cr 519

I, __Joel M. Gostomelsky__, the above named defendant, who is accused of violating Title 18 United States Code, Sections 371, and 201(c)(1)(B), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __July 24, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_Charles P. Kocoras_
Before: The Honorable Charles P. Kocoras
Judicial Officer